IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,                                            Case No. 1:17-cr-833-JMC

v.

MARK SILVA,

    Defendant.

## ORDER GRANTING FIRST UNOPPOSED MOTION
## TO CONTINUE SENTENCING HEARING

On June 13, 2018, Defendant filed a First Unopposed Motion to Continue Sentencing Hearing. In that motion, Defendant's counsel states that he has committed to be an adult leader at the Chris Dobbins Boy Scout Camp from June 17–23, 2018. The sentencing hearing in this matter currently is scheduled on June 21, 2018. Defendant's counsel represents that the United States does not oppose the motion to continue the sentencing hearing in this matter.

FOR GOOD CAUSE SHOWN, this Court GRANTS Defendant's First Unopposed Motion to Continue Sentencing Hearing (Doc. 41) and CONTINUES GENERALLY Defendant's Sentencing Hearing.

IT IS SO ORDERED.

                                                              Entered for the Court
                                                              this the 15th day of June, 2018

                                                              /s/ Joel M. Carson III_____
                                                              Joel M. Carson III
                                                              United States Circuit Judge
                                                              Sitting by Designation